158 A.3d 1234

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James B. CANADY, Petitioner**

**No. 246 EAL 2016**

Supreme Court of Pennsylvania.

October 5, 2016

## ORDER

PER CURIAM

**AND NOW,** this 5th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**